## Armin W. Brand and Virgil M. Brand, Trustee, Defendants in Error, v. John H. F. Rueter et al., Plaintiffs in Error.

### Gen. No. 23,105.   (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed May 14, 1918.

### Statement of the Case.

Bill by Armin W. Brand and Virgil M. Brand, as trustee, complainants, against John H. F. Rueter and others, defendants, to foreclose a trust deed. From a decree of foreclosure, defendants bring error.

This case is governed by the decision on a former appeal. See 200 Ill. App. 42.

JAMES A. PETERSON, for plaintiffs in error.

JAMES H. HOOD, for defendants in error.

MR. JUSTICE MCDONALD delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

APPEAL AND ERROR, § 1725*—*binding effect of decision on former appeal.* The decision of the Appellate Court on a former appeal is binding where the identical questions involved in the second appeal were determined on the first appeal.